UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| GLORIA J. GEIGUS ) | |
| ) | |
| V. ) | C.A. No. 14-490L |
| ) | |
| LT. RUSSELL HAYES, et al ) | |

O R D E R

The Report and Recommendation of Magistrate Judge Lincoln D. Almond, dated February 4, 2015, recommending that defendants' Motions to Dismiss (Documents No. 5 and 6) be granted, hereby is accepted and adopted pursuant to 28 U.S.C. § 636(b)(1)(B).

Therefore, this case is dismissed and judgment shall enter in favor of defendants on all claims in this case.

ENTER:

/s/Ronald R. Lagueux
Ronald R. Lagueux
Senior U.S. District Judge
March 3 2015