UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| GLORIA J. GEIGUS | ) | |
| | ) | |
| V. | ) | C.A. No. 14-490L |
| | ) | |
| LT. RUSSELL HAYES, et al | ) | |

O R D E R

There being no objection to the Report and Recommendation of Magistrate Judge Lincoln D. Almond, dated July 20, 2015, the Report and Recommendation hereby is accepted and adopted pursuant to 28 U.S.C. § 636(b)(1)(B).

Therefore, Plaintiff's Motion for Leave to Appeal In Forma Pauperis and Amended Motion For Leave to File In Forma Pauperis (Document Nos. 16 and 19) are denied.

ENTER:

/s/Ronald R. Lagueux
Ronald R. Lagueux
Senior U.S. District Judge
8/19/15